IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

LEE A. SAVANNAH,           §
       Plaintiff,           §
                  §
v.           §           3:07-CV-2052-O
                  §
UNITED STATES, et al.,           §
       Defendants.           §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge and DENIES Plaintiff's motions for leave to proceed *in forma pauperis* and to appoint counsel (docket #2 and #4).

**SO ORDERED** this 10th day of **March, 2008.**


_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**